UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:16-CR-00007-DCLC-CRW |
| v. | ) | |
| TOMMY ALLEN, | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION**

Before the Court is Defendant's *pro se* Motion to Reduce Sentence [Doc. 491]. The Government has filed a response in opposition. [Doc. 492]. Because Defendant is not qualified for relief under Amendment 822, this motion is **DENIED**.

**I.      BACKGROUND**

On June 21, 2016, Defendant pleaded guilty to one count of conspiracy to distribute 280 grams or more of cocaine base [*See* Docs. 151, 164]. Based on a total offense level of 34 and a criminal history category of VI, Defendant's guideline range was 262 to 327 months [Doc. 251, ¶ 73]. The Court sentenced Defendant to 240 months' imprisonment [Doc. 355]. Defendant is currently housed at FCI Marion with a projected release date of May 31, 2033. *See* Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited December 19, 2025). He now seeks a sentence reduction pursuant to Guideline Amendment 822 [Doc. 492].

**II.     ANALYSIS**

"A district court may modify a defendant's sentence only as provided by statute." *United States v. Johnson*, 564 F.3d 419, 421 (6th Cir. 2009) (citation omitted). One such authorization is

18 U.S.C. § 3582(c)(2), which permits a court to reduce a previously imposed term of imprisonment when the defendant was sentenced based on a Guidelines range that has **subsequently been lowered by the Sentencing Commission**, and only if the reduction is consistent with the Commission's applicable policy statements and the § 3553(a) factors.

Relief under § 3582(c)(2), however, is unavailable unless the relevant Guidelines amendment has been made retroactive by the Sentencing Commission. *United States v. Dullen*, 15 F.3d 68, 71 (6th Cir. 1994); see also U.S.S.G. § 1B1.10(a), (d).

Amendment 822 amended U.S.S.G. § 4B1.2, which defines terms used in the career-offender guideline, U.S.S.G. § 4B1.1. The Sentencing Commission has not designated Amendment 822 as retroactive. See U.S.S.G. § 1B1.10(d). Accordingly, Defendant is ineligible for a sentence reduction under 18 U.S.C. § 3582(c)(2).

### III.  CONCLUSION

For the reasons stated herein, Defendant's motion [Doc. 492] is **DENIED**.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge